In the Matter of the Transfer Tax upon the Estate of
JAMES JOURDAN, Deceased.

EMMA JOURDAN, Individually and as Executrix, Appel-
lant; THE COMPTROLLER OF THE STATE OF NEW YORK,
Respondent.

*Matter of Jourdan (Estate)*, 151 App. Div. 8, reversed.
(Argued June 7, 1912; decided June 21, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department,
entered May 1, 1912, which reversed a decree of the
Kings County Surrogate's Court assessing a transfer tax
upon the estate of James Jourdan, deceased.

*William N. Dykman* and *Francis L. Archer* for
appellant.

*William Law Stout* and *George W. McElroy* for
respondent.

Order of Appellate Division reversed and decree of sur-
rogate affirmed, with costs in both courts, on opinion of
JENKS, P. J., below.
Concur : CULLEN, Ch. J., GRAY, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.